# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HHS GOVERNMENT SERVICES, LLC, a Texas limited liability company,<br><br>  Plaintiff,<br>vs.<br><br>ACEPEX MANAGEMENT CORPORATION, a California corporation.<br><br>  Defendant. | Case No: CV 24-148-GW-MRWx<br><br>Honorable George W. Wu<br>Courtroom: 9D<br><br>**JUDGMENT** |

On February 27, 2025, after finding good cause, the Court granted Plaintiff HHS Government Services, LLC's ("HHS") motion for a default judgment against Defendant ACEPEX Management Corporation ("ACEPEX").

Judgment is hereby entered in favor of HHS and against ACEPEX in the total amount of $1,246,061.64, including damages in the amount of $1,017,287.53, prejudgment interest at the rate of 10% in the amount of $181,190.11 (as calculated in Doc. 85-9, Page ID #1963 [Exhibit E, under column "Total Owed Interest"]), attorneys' fees in the amount of $47,234.00 (pursuant to the contractual attorneys' fees provision

cited at Doc. 85-4, Page ID #1163 [Exhibit A, Paragraph 16(a)] and Doc. 85-5, Page ID #1176 [Exhibit B, Paragraph 16(a)]) and costs incurred in the amount of $350.

      IT IS SO ORDERED

Date: March 4, 2025

                                        HON. GEORGE H. WU,
                                        UNITED STATES DISTRICT JUDGE